237 So.2d 866

**Re James Lee HAYLES et al.**

**v.**

**RAY E. LOPER LUMBER CO., Inc., a Corp.**

**Ex parte RAY E. LOPER LUMBER CO., Inc., a Corp.**

**1 Div. 629.**

Supreme Court of Alabama.

July 10, 1970.

J. B. Blackburn, Bay Minette, for petitioners.

Tolbert M. Brantley, Bay Minette, for respondent.

LAWSON, Justice.

Petition of Ray E. Loper Lumber Co., Inc., a Corp., for certiorari to the Court of Civil Appeals to review and revise the judgment and decision in James Lee Hayles et al. v. Ray E. Loper Lumber Co., Inc., a

Corp., 46 Ala.App. 58, 237 So.2d 862 (1 Div. 5).

Writ denied.

LIVINGSTON, C. J., and SIMPSON, MERRILL, HARWOOD, BLOOD-WORTH and MADDOX, JJ., concur.

COLEMAN, J., dissents.

240 So.2d 230

**Ex parte Elwood L. Hogan.**

**In re Elwood L. HOGAN**

**v.**

**STATE ex rel. James C. VAN ANTWERP, Jr.**

**and**

**James C. Van Antwerp, Jr.**

**1 Div. 639.**

Supreme Court of Alabama.

Sept. 3, 1970.

Rehearing Denied Nov. 5, 1970.

Irvin J. Langford, Howell, Johnston, Langford & Finkbohner, Mobile, for petitioner.

Bert Nettles, Mobile, Elisha Poole, Greenville, opposed.

SIMPSON, Justice.

Petition of Elwood L. Hogan for certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Hogan v. State ex rel. Van Antwerp, 46 Ala.App. 240, 240 So.2d 227 (1 Div. 23).

Writ denied.

All the Justices concur.